**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUANG ZHENJING,<br><br>                    Petitioner,<br><br>         v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; *et al.*,<br><br>                    Respondents. | Case No. 26-cv-3237-BJC-MSB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE ORDER SETTING BRIEFING SCHEDULE**<br><br>**[ECF No. 6]** |

The Court has reviewed the parties' Joint Motion to Vacate Order to Show Cause. Good cause appearing, the Court GRANTS the Joint Motion. Accordingly, IT IS HEREBY ORDERED:

1. The Court's Order, ECF No. 2, is VACATED;

2. Respondents are *not* precluded from removing Petitioner to China during the pendency of this habeas action;

3. These proceedings are stayed; and

4. Respondents shall file a status report regarding whether Petitioner has been removed by July 1, 2026.

IT IS SO ORDERED.

Dated: June 12, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge