# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

HUANG ZHENJING,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al,

Respondents.

Case No.:  26-cv-3237-BJC-MSB

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AS MOOT**

On May 26, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 requesting his immediate release.  ECF Nos. 1. On May 27, 2026, the Court issued a briefing schedule.  ECF No. 2. Respondent filed a Return on June 3, 2026 and Petitioner filed a Traverse on June 3, 2026.  ECF Nos. 4, 5.

On June 11, 2026, the parties filed a Joint Motion to Vacate the Order Setting Briefing Schedule explaining that "Respondents' counsel and Petitioner's counsel have conferred on Respondents' recent efforts toward removing Petitioner from the United States to China." ECF No. 6. The Parties requested that the Court (1) vacate the May 27, 2026, Scheduling Order; (2) confirm that Respondents were not precluded from removing Petitioner to China during the pendency of this habeas action; (3) stay the proceedings; and (4) set a deadline of July 1, 2026, for Respondents to file a status report regarding whether

1

Petitioner has been removed.  ECF No. 6.  On June 12, 2026, the Court granted the Joint Motion.  ECF No. 7.

On June 30, 2026, Respondents filed a Status Report informing the Court that Petitioner was removed on a flight to China on June 23, 2026.  ECF No. 8. In light of the parties' agreement to allow Petitioner to be removed to China, and his subsequent removal to China, the Court **DENIES** the pending section 2241 petition requesting immediate release as moot. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated:  August 5, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-3237-BJC-MSB